UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>MARSHALL EDWIN HOME,<br><br>    Defendant - Appellant. | No. 07-15264<br><br>D.C. Nos. CV-03-00493-FRZ<br>          CR-02-00021-FRZ<br>District of Arizona,<br>Tucson<br><br>ORDER |

The request for a certificate of appealability is denied as unnecessary. *See United States v. Kwan*, 407 F.3d 1005, 1009 (9th Cir. 2005).

The following briefing schedule shall apply: the opening brief is due May 18, 2007; the answering brief is due June 18, 2007; the optional reply brief is due within 14 days after service of the answering brief.

For the Court

*/s/ Terri D. Harris*

Terri J. Harris
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A